JEREMY BELLAMY § 
§ CIVIL NO:
vs. § SA:22-CV-00941-JKP
§
§
FORD MOTOR COMPANY §

**VERDICT FORM**

1. Was there a design defect in this 2019 Ford Explorer Interceptor (Unit 1902) with respect to carbon monoxide intrusion at the time it left the possession of Ford?

YES_____ NO__✓__

*If "Yes," proceed to Question 2. If "No," skip to Question 3.*

2. Was a design defect in this 2019 Ford Explorer Interceptor (Unit 1902) with respect to carbon monoxide intrusion a producing cause of Jeremy Bellamy's injuries?

YES_____ NO_____

*Proceed to Question 3.*

3. Was there a manufacturing defect in this 2019 Ford Explorer Interceptor (Unit 1902) with respect to carbon monoxide intrusion at the time it left the possession of Ford?

YES_____ NO__✓__

*If "Yes," proceed to Question 4. If "No," skip to Instruction following Question 4.*

4. Was a manufacturing defect in this 2019 Ford Explorer Interceptor (Unit 1902) with respect to carbon monoxide intrusion a producing cause of Jeremy Bellamy's injuries?

YES_____ NO_____

*If you answered "No" to Questions 1 AND 3, do not answer any further questions and the foreperson shall sign the Certificate on page 3. Otherwise, please proceed to Question 5.*

5. Did Ford negligently fail to warn about carbon monoxide intrusion in this 2019 Ford Explorer Interceptor (Unit 1902) at the time it left Ford's possession?

YES_____ NO_____

*If "Yes," proceed to Question 6. If "No," skip to the **INSTRUCTION** on page 2.*

1

6. Was Ford's negligence in failing to warn about carbon monoxide intrusion a proximate cause of Jeremy Bellamy's injuries?

YES_____ NO_____

**INSTRUCTION:**

*If you answered "Yes" to Questions 1 AND 2 -OR-*

*If you answered "Yes" to Questions 3 AND 4, -OR-*

*If you answered "Yes" to Questions 5 AND 6, then proceed to Question 7.*

*Otherwise, do not answer any further questions, and the foreperson shall complete the Verdict Certificate on page 3.*

7. What sum of money, if paid now in cash, would fairly and reasonably compensate Jeremy Bellamy for his injuries, if any, that resulted from the occurrence in question?

1. Physical pain sustained in the past.

Answer: _____

2. Physical pain that, in reasonable probability, Jeremy Bellamy will sustain in the future.

Answer: _____

3. Mental anguish sustained in the past.

Answer: _____

4. Mental anguish that, in reasonable probability, Jeremy Bellamy will sustain in the future.

Answer: _____

5. Physical impairment sustained in the past.

Answer: _____

6. Physical impairment that, in reasonable probability, Jeremy Bellamy will sustain in the future.

Answer: _____

The foreperson shall complete the Verdict Certificate.

## VERDICT CERTIFICATE

Our verdict is unanimous. All seven of us agree to each and every answer.

The foreperson signed the certificate for all seven of us.



_____
Signature of Foreperson

_____
Printed Name of Foreperson